FILED

Eugenia M Moore
2172 N Magnolia Ave
Rialto, CA 92377

2021 SEP 14 PM 1:43

DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Eugenia M Moore

PLAINTIFF/PETITIONER,

v.

Rugs Limited LLC

DEFENDANT(S).

CASE NUMBER

EDCV21-01559 JGB (SPx)
LLTVA2101426

**REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT**

---

I, Eugenia M Moore _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☑No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _Self-employed - $700/mo / avg._

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment? ☐Yes ☑No
    b. Rent payments, interest or dividends? ☑Yes ☐No
    c. Pensions, annuities or life insurance payments? ☐Yes ☑No
    d. Gifts or inheritances? ☐Yes ☑No
    e. Any other income (other than listed above)? ☐Yes ☑No
    f. Loans? ☐Yes ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _Rent - $600.-_

---

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration. _CK - Chase  SSA #1047.00_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☑No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? _2000 or_
   Approximately how much income did your last tax return reflect? _don't recall_

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   None

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| CA | San Bernardino County |
|----|----------------------|
| State | County (or City) |

I, Eugenia M Moore_____, declare under penalty of perjury that the foregoing is true and correct.

_Sept 14, 2021_          _Eugenia M. Moore_
Date                      Plaintiff/Petitioner (Signature)